THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Shine, Appellant.
 
 
 

Appeal From Charleston County
Thomas W. Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2009-UP-444
Submitted September 1,2009  Filed October
 2, 2009
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM: 
 Michael Shine appeals his convictions for murder, kidnapping, first-degree
 burglary, and robbery, arguing the trial
 judge erred in failing to instruct the jury on the law of accessory after the
 fact.  Shine also filed a pro
 se brief.  After a thorough review of the record and briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
Short, Williams,
 and Geathers, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.